IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| FREDDIE LEE JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-PWG-0629-S |
| | ) |
| WARDEN CHERYL PRICE, ET AL., | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on June 22, 2006, recommending that the petition for writ of habeas corpus be denied. On July 6, 2006 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

Done this 14th day of July 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153